UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,
*as subrogee of Lisa Abelow Hedley,*

                                    Plaintiff,

            -against-

GANDER & WHITE SHIPPING, INC.,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020

19-CV-7209 (ALC) (KHP)

**SCHEDULING ORDER**

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 19, 2020 the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional parties until **May 28, 2021**.

**Discovery.** All fact discovery shall be completed by **April 30, 2021**. All expert discovery shall be completed by **April 26, 2021**, except that Plaintiff's experts are to be deposed by **May 28, 2021** and Defendant's experts are to be deposed by **June 30, 2021**.

**Interim Discovery Deadlines.** Initial requests for production will be exchanged on or before **September 30, 2020** and responses thereto shall be due on **October 30, 2020**. Initial sets of interrogatories shall be served on or before **September 30, 2020**. Requests for admission must be served on or before **March 31, 2021**. All fact depositions shall be completed

by **February 26, 2021** with non-party depositions to follow initial party depositions.  These interim deadlines may be adjusted by the parties without further order of the Court.

**Status Conference.**  A telephonic status conference in this matter will be held on **October 8, 2020 at 2:00 p.m.**  The parties shall be prepared to discuss the status of discovery and dates for a settlement conference.  The parties are, however, encouraged to contact the Court if they believe an earlier settlement conference would be productive.  The parties are directed to dial the Court's conference line at **(866) 434-5269, Access Code: 4858267** at the scheduled date and time.

**Discovery Disputes.**  The parties shall follow the Court's Individual Procedures with respect to any discovery disputes that may arise. See http://nysd.uscourts.gov/judge/Parker.

**Summary Judgment Motion.**  Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Andrew L. Carter Jr. in accordance with Judge Carter's Individual practices.  See http://nysd.uscourts.gov/judge/Carter.

**SO ORDERED.**

DATED:    New York, New York
          August 19, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge