USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/01/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**FEDERAL INSURANCE COMPANY,** *as subrogee of Lisa Abelow Hedley*,

                      Plaintiff,

                      -against-

**GANDER & WHITE SHIPPING, INC.,**

                      Defendant.

19-cv-07209 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days.

**SO ORDERED.**

Dated:    April 1, 2021
             New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**